AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States, Plaintiff

v.

Cesar Altieri Sayoc, Defendant

Case No. **18 MAG 9159**

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cesar Altieri Sayoc

Date: 10/26/18

_Attorney's signature_

Sarah Baumgartel
_Printed name and bar number_

Federal Defenders
52 Duane St., 10th Fl, NY, NY 10007
_Address_

sarah_baumgartel@fd.org
_E-mail address_

212-417-8772
_Telephone number_

212-571-0392
_FAX number_