# COMPLAINT/ARREST AFFIDAVIT

OBTS Number: 

IDS No.: 

**DEFENDANT'S NAME** (Last, First, Middle): SAYOC, CESAR A.

**LOCAL ADDRESS**: 

**PERMANENT ADDRESS** (Street, City, State, Zip, Phone): 

Alias: 

**Arrest Date** (mo/day/yr): 08/20/2002
**Arrest Time**: 1830 P.M.
**Arrest Location** (include name of business): 400 NW 2 AVE
GRID: 

**CO-DEFENDANTS**:
1. N/A
2. 

**DRUG ACTIVITY**: N. N/A
**DRUG TYPE**: N. N/A

**SIGNAL**: 

| CHARGES | Activity | Type | Counts | STATUTE | D.V. | AC/CAPIAS/BW/FW/PW/CITE | VIOLATION OF SECT. |
|---|---|---|---|---|---|---|---|
| 1. THREAT TO PLACE DESTRUCTIVE DEVICE | N | N | 1 | 790.162 | | | 30-1 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | OF THE CODE OF MIAMI |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant On the 7TH day of AUGUST 2002, at 11:04 A.M. (Time) 4200 W. FLAGLER ST. (Location, include name of business) committed the following violation of law: Narrative; (Be specific) ON THE LISTED DATE AND TIME, THE DEF. CONTACTED A REP. FLORIDA POWER & LIGHT CO. AT 4200 W. FLAGLER BY TELEPHONE AND THREATENED TO BLOW UP FPL AND THAT "IT WOULD BE WORSE THAN SEPTEMBER 11TH." DEF. ALSO THREATENED THAT SOMETHING WOULD HAPPEN TO THE FPL REPRESENTATIVE IF THEY CUT HIS ELECTRICITY.

PAGE 1 OF 1

Hold for Other Agency: 
Agency _____ Verified by _____

I Swear that the above Statement is correct and true to the best of my knowledge and belief.

☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

Sworn to and subscribed before me, the undersigned authority, this 20 day of AUGUST 2002

I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles-notify Family Division Juvenile Section) anytime that my address changes.

You need not appear in court, but must comply with the instructions on the reverse side hereof.

Signature of Defendant / Juvenile and Parent or Guardian

COURT COPY



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI- DADE COUNTY, FLORIDA   SPRING TERM, 2002

(5)

THE STATE OF FLORIDA v.

INFORMATION FOR   F02- 24800

CESAR A SAYOC

1. THREATENING TO THROW A DESTRUCTIVE DEVICE
790.162 Fel. 2D

Defendant(s)

FILED
SEP 19 2002
CLERK

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

**KATHERINE FERNANDEZ RUNDLE,** State Attorney of the Eleventh Judicial Circuit, prosecuting for the State of Florida, in the County of Miami-Dade, by and through her undersigned Assistant State Attorney, under oath, Information makes that:

BETTENDORF-PL,KRISTI-CM   :cj  09/05/2002
Circuit Court Direct File

F02024800

Dresnick (F005)

(CC#: F02024800)

## COUNT 1

CESAR A SAYOC, on or about August 07, 2002, in the County and State aforesaid, did unlawfully and feloniously threaten to throw, project, place or discharge a destructive device, to wit: A BOMB, with intent to do bodily harm to a person or persons, to wit: LESLIE RODRIGUEZ, and/or with the intent to do damage to the property of FLORIDA POWER AND LIGHT, in violation of s. 790.162, Fla. Stat., contrary to the form of the Statute in such cases made and provided, and against the peace and dignity of the State of Florida.

(CC#: F02024800)

**STATE OF FLORIDA, COUNTY OF MIAMI-DADE:**

Personally known to me and appeared before me, the Assistant State Attorney of the Eleventh Judicial Circuit of Florida whose signature appears below, being first duly sworn, says that the allegations set forth in this Information are based upon facts which have been sworn to as true by a material witness or witnesses, and which if true, would constitute the offenses therein charged, and that this prosecution is instituted in good faith.



Sworn to and subscribed before me this 10th day of Sept., 2003.

By _____
~~Deputy Clerk for Clerk of the Courts, or~~
Notary Public

Camille Jackson
Commission # CC 940250
Expires May 29, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

| IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL, CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA  380 |
|---|

| DIVISION | FINDING OF GUILT AND ORDER OF WITHHOLDING ADJUDICATION/SPECIAL CONDITIONS |
|---|---|
| [X] CRIMINAL<br>[ ] TRAFFIC<br>[ ] OTHER | |

3⊋\

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | CESAR A SAYOC |

CASE NUMBER: F02-024800

, AKA-Cesar Altieri Sayoc

RECORDED
DEC 17 2002
Clerk of Circuit
& County Courts

CLOCK IN
FILED
DEC 0 3 2002
J. BICKETT
CLERK

IT APPEARING UNTO THE COURT that the defendant being personally before the court accompanied by his/her attorney,
RONALD S LOWY, PA has been found guilty of the charge of

| Count | Crime | Degree |
|---|---|---|
| 1 | BOMB, DESTRUCTIVE DEVICE/THREATEN TO THROW, PLACE | 2/F |

by the court upon the entry of a guilty plea

and it appearing unto the court, upon a hearing of the matter, that the defendant is not likely to engage in a criminal course of conduct and that the ends of justice and welfare of society do not require that the defendant shall presently suffer the penalty imposed by law, and the Court being fully advised in the premises, it is thereupon
ORDERED AND ADJUDGED that an adjudication of guilt be, and the same is hereby stayed and withheld.

IT IS FURTHER ORDERED AND ADJUDGED that:

    The defendant is placed on PROBATION in a separate Order entered herein.

SPECIAL CONDITIONS

    Costs

    Other                                                                                                                                   PROBATION

DS -11/20/02
REV 10/02
Clerk's web address: www.miami-dadeclerk.com

Page 1 of XX 4

OFF REC BK
20844PG4912

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☐ CRIMINAL<br>☐ OTHER | ORDERS OF SUPERVISION | F02-24880 |

STATE OF FLORIDA

VS. Cesar Sayoc

DEFENDANT

F CLOCK IN D
NOV 12 2002
CLERK

Counts: Threat/To Throw/SS Dev

ORDERS OF SUPERVISION
✓ PROBATION
___ DRUG OFFENDER PROBATION (see addendum)
___ SEX OFFENDER PROBATION (see addendum)
___ COMMUNITY CONTROL (see addendum)
___ ADMINISTRATIVE PROB
___ FOLLOWED BY ___ PROB ___ DOP

THE DEFENDANT HAVING:

a. ✓ entered a plea of guilty/nolo contendere:
b. ___ been found guilty of:
c. ___ prior probation is hereby revoked:

THE COURT HEREBY:

d. ___ adjudges you guilty of count(s) _____.
e. ✓ withholds adjudication of guilt for count(s) _____.

IT IS ORDERED AND ADJUDGED THAT, SUBJECT TO THE LAWS OF THIS STATE:

f. ✓ you are hereby placed on Probation for a period of One (1) yr
g. ___ Followed by _____ for a period of: _____ to be supervised by the Department of Corrections.
h. ___ (split sentence) you shall be confined in:
   the custody of Miami-Dade County Corrections for a period of: _____.
   the custody of Miami-Dade County Corrections for a period of: _____.
   after which you shall be placed on _____ for a period of _____
   to commence upon release.
i. ___ (Administrative Probation) as defined in Ch948.001 F.S., After payment of a $50.00 processing fee plus a 4% surcharge, all conditions, except (J)(4) will be deleted.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, CONDITIONS:

j. ___ you must report in person, immediately or on the next working day after release from confinement, to the Probation Office located at _____ as directed.
k. ___ you shall not do any of the following:
   1. you will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
   2. you will not possess, own, or carry any firearm, or weapon.
   3. associate with any person engaged in criminal activity.
   4. violate any law of any city, county, state or the United States (a conviction in a court of law is not necessary for you to be found in violation).
   5. you will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully, sold, dispensed, or used.

PAGE 1 OF 4

Defendant: Cesar Sayoc
Case #: F02-24880

I. ☑ you must do each of the following:
1. not later than the fifth day of each month, unless otherwise directed you will make a full and truthful report to your officer on the form provided for that purpose.
2. you will promptly and truthfully answer all inquiries directed to you by the court or officer, and allow your officer to visit you in your home, place of employment or elsewhere.
3. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized officer.
4. you will work diligently at a lawful occupation and advise your employer of your supervision status and support your dependents to the best of your ability.
5. you will submit to random testing at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.
6. you will submit to a warrantless search to your person, residence and vehicle.
7. you will pay the sum of $125 per month plus 4/1 surcharge towards the cost of supervision unless otherwise exempt pursuant to F.S. 948.09.
8. you will pay all court ordered monetary obligations through the Probation Officer with money orders made payable to the Department of Corrections will disperse the monies as follows: ( plus surcharge )
   a) $181 court costs
   b) $_____ victim costs on counts
   c) $_____ "trust fund" or 50.3 hours of community service (F.S. 27.3455)
   d) $0 assessment
   e) $50 drug testing fee
   f) $_____ restitution payable to _____
   g) $_____ SNI fee

1. YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:

1. spend _____ in custody of Miami-Dade County Corrections and comply with all rules of the institution in which you were placed with credit for _____ days time served.
2. spend _____ weekends beginning _____ in the custody of the:
3. you will attend and successfully complete the following rehabilitation program to be selected by your officer or the court. Further, you will abide by all rules and regulations of the program, attend all appointments, and follow all lawful instructions and recommendations of the director and staff:
   a) an inpatient/outpatient, _____, alcohol, _____, drug, _____ and or psychological program _____
   b) the defendant is to be held in the custody of until released to a representative of _____ or otherwise as directed by the officer or the court.
4. not use or possess alcoholic beverages for any purpose.
5. not drive or operate a motor vehicle except _____
6. perform 50 hours of community service at a non-profit organization, as directed @ 10 per month
7. you will not associate, communicate or have any contact with _____
8. other: Early Termination upon Successful Completion of All Conditions

THE COURT RESERVES THE RIGHT TO RESCIND, MODIFY, REVOKE SUPERVISION TO THE EXTENT PROVIDED BY LAW. DONE AND ORDERED Miami-Dade County, Florida this 12 day of November 2002
Nunc Pro Tunc, _____

Judge, Circuit Court
RONALD C. DRESNICK
CIRCUIT JUDGE

I have received a copy of the term and conditions of my supervision. I have read and understand these conditions and agree to report to the Department of Corrections Probation Office for further instructions. Also, I hereby consent to the disclosure of my alcohol and drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, Part 11 for the duration of my supervision.

DEFENDANT         DATE: 11-12-02         INSTRUCTED BY

PAGE 2 OF 4

CLK/CT 865 12/00     WHITE - Office     YELLOW - Probation/Parole     PINK - Defendant     Clerk's web address: www.miami-dadeclerk.com