I H-11.Revised 8/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA :

         - v - :    ORDER APPOINTING COUNSEL
                                       (Federal Defenders of New York, Inc.)

_Cesar Altieri Sayoc_ :   Docket # 18 MAG 9159
             Defendant :

[FILED stamp: U.S. DISTRICT COURT, NOV 06 2018, S.D. OF N.Y., DS]

------------------------------------------------------------- x

    Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

    Check one)   ✓   all proceedings

                       _____   bail/presentiment only

                       _____   other (specify)   _Sarah Baumgartel_

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date  _11/6/18_           s/ _Robert W. Lehrburger_
                                           Signature of U.S. Judge or Magistrate Judge
                                           or by order of the Court:

                                           [signature]
                                           Clerk or Deputy

TO:   **CLERK OF COURT**
        **United States District Court**
        **Southern District of New York**

        Federal Defenders of New York, Inc.
        52 Duane Street, 10th Floor
        New York, New York  10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)